1  GASPAR R. GARCIA II, SBN 215762
   LAW OFFICES OF GARCIA & ASSOCIATES
2  1395 Garden Highway, Suite 175
   Sacramento, CA 95833
3  Telephone Number: (916) 568-3692

4  Attorney for Plaintiff
   Ronda Scott
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  RONDA SCOTT,                )     CASE NO.  2:08-CV-01127-GEB-KJM
                                )
10              Plaintiff,       )
                                )
11  v.                           )
                                )     ORDER REMANDING CASE TO THE
12                               )     SUPERIOR COURT
                                )
13  CITIZEN'S COMMUNICATIONS dba )
   ELECTRIC LIGHTWAVE; INTEGRA  )
14  TELECOM; MIKE HOGAN,         )
   individually and in his official capacity; )
15  DAVID SMITH, individually and in his )
   official capacity; GARY NEIBOER, )
16  individually and in his official capacity )
   and Does 1-20,               )
17                               )
              Defendants.        )
18  _____  )

19     On July 17, 2008, Plaintiff filed a motion for leave to file an amended complaint in this

20 removed action.  In the amended complaint, plaintiff plead two state causes of action against non-

21 diverse defendant Mike Hogan, adding him as a defendant.

22     On October 10, 2008, this Court issued its order granting Plaintiff leave to file her amended

23 complaint.  In that same order, this court ruled that diversity of jurisdiction will no longer exist after

24 Hogan is joined as a party.  Thus, this case should be remanded to the state court.

25     IT IS ORDERED:

26     That pursuant to 28 USC § 1447 diversity of jurisdiction no longer exists;

27     IT IS FURTHER ORDERED:

28
                                    1

1 | That this case is remanded to the Sacramento County Superior Court.

2 | Dated: October 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2